**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RONNIE E. DAVENPORT,
    Petitioner,

vs.                                          Case No.: 3:05cv142/MCR/EMT

JAMES V. CROSBY,
    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 20, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Respondent's motion to dismiss (Doc. 9) is **GRANTED**.

    3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice as untimely.

    **DONE AND ORDERED** this 10th day of January, 2006.

                                        s/ _M. Casey Rodgers_
                                        **M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE**